**HALTER MARINE; Zurich American Insurance Co, Petitioners**

v.

**Everett NECAISE; Director, Office of Worker's Compensation Programs, U.S. Department of Labor, Respondents.**

No. 06–60602.

United States Court of Appeals,
Fifth Circuit.

Aug. 9, 2007.

Patrick E. O'Keefe, Michaela E. Noble, Montgomery, Barnett, Brown Read, Hammond & Mintz, New Orleans, LA, for Petitioners.

Mager A. Varnado, Jr., Gulfport, MS, Donald Shire, U.S. Department of Labor, Benefits Review Board Washington, DC, David Duhon Room, U.S. Department of Labor Employment, New Orleans, LA, for Respondents.

Before JONES, Chief Judge, and REAVLEY and SMITH, Circuit Judges.

PER CURIAM: *

This court has considered the appeal in light of the briefs, argument of counsel, and pertinent authorities and portions of the record. Having done so, we DENY the petition for review. The Benefits Review Board's decision is supported by substantial evidence and involves no error of law. The employer did not satisfy its burden of showing, on the facts of this case, that suitable employment for Necaise was "reasonably available" because Necaise was able to perform short-term light duty work. *See Norfolk Shipbuilding & Drydock Corp. v. Hord,* 193 F.3d 797 (4th Cir.1999).

PETITION DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.